In the Matter of EISENBERG FARMS, INC., Appellant, against CHARLES H. BALDWIN, as Commissioner of Agriculture and Markets of the State of New York, Respondent.

(Argued October 25, 1934; decided November 20, 1934.)

*Max Rothenberg* and *John J. Scully* for appellant.

*Henry S. Manley* for respondent.

*Seward A. Miller* and *Frank B. Lent* for Dairymen's League Co-operative Association, Inc., intervener.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.